UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN THOMPSON,

                Plaintiff,

    v.

LONGVIEW POLICE DEPARTMENT,
CITY OF LONGVIEW, WASHINGTON,
COWLITZ COUNTY, WASHINGTON,
JOHN AND JANE DOE 1-99,

                Defendant.

CASE NO. C14-5749 RBL-JRC

ORDER TO SHOW CAUSE

        The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

        On September 19, 2014, defendants removed this action from state court (Dkt. 1). Defendants have not filed an answer or motion to dismiss the action. There is nothing in the file to indicate that any defendant has been properly served. Other than the removal notice and a stipulation by other defendants regarding removal, there has been nothing filed in this action.

ORDER TO SHOW CAUSE - 1

1   Plaintiff has the duty to prosecute his action and move the case forward. Plaintiff had
2 120 days to perfect service of process in this action. Fed. R. Civ. P. 4(m). The Court orders
3 plaintiff to show cause why this action should not be dismissed for failure to prosecute.
4 Plaintiff's response to this order must be filed on or before January 30, 2015, or the Court will
5 recommend dismissal of this action for failure to prosecute and failure to comply with a Court
6 order.

7   Dated this 22nd day of December, 2014.

J. Richard Creatura
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2