UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN THOMPSON,<br><br>          Plaintiff,<br><br>     v.<br><br>LONGVIEW POLICE DEPARTMENT, CITY OF LONGVIEW, WASHINGTON, COWLITZ COUNTY, WASHINGTON, JOHN AND JANE DOE 1-99.<br><br>          Defendants. | CASE NO. C14-5749 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation;

(2)   The Court dismisses this action without prejudice for plaintiff's failure to perfect service within one hundred and twenty days as required by Fed. R. Civ. P 4(m).  Plaintiff took no action to have this case served and he fails to show cause for not perfecting service.

(3)   In forma pauperis status is revoked for purpose of appeal.

DATED this 19th day of March, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1